No. 209. EMICH MOTORS CORP. ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 7th Cir. Certiorari granted, limited to the question whether the Court of Appeals erred in construing § 5 of the Clayton Act, 38 Stat. 731, 15 U. S. C. § 16, as not permitting: (*a*) the admission in the instant case of the indictment in the antecedent criminal case against respondents, nor (*b*) the judgment therein to be used as evidence that the conspiracy of which respondents had been convicted occasioned Emich Motors' cancellation. *Thomas Dodd Healy, Harold Stickler* and

*A. Bradley Eben* for petitioners. *Henry M. Hogan* for respondents. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae*, supporting the petition.